628     In re Cotton Antitrust Litigation

| | | |
|---|---|---|
| 85/01/04 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS, CERT. OF SERVICE -- Pltfs. Marvin D. Meek, et al.; John Ware Moses, et al. -- SUGGESTED TRANSFEREE DISTRICT: N.D. TEXAS (rh) |
| 85/01/04 | 2 | RESPONSE -- Deft. Greenwood Cotton Exchange -- w/cert. of svc. (rh) |
| 85/01/04 | 3 | RESPONSE -- Deft. Cotton Exchange w/cert. of svc. (rh) |
| 85/01/14 | | APPEARANCES: JOHN W. MCQUISTON, II, ESQ. for Fresno Cotton Exchange, Greenville Cotton Exchange, Memphis Cotton Exchange, Montgomery Cotton Exchange, Phoenix Cotton Exchange, Howard Cotton Company, JOHN I. HOUSEAL, JR., ESQ. for Dunavant Enterprises, Inc., NEAL R. ALLEN, ESQ. for Continental Grain Company, WARREN RUBIN, ESQ. for John Ware Moses, III, ROBERT C. MYERS, ESQ. for Allenberg Cotton Company, Inc., JOSEPH L. MCENTEE, ESQ. for Weil Bros Cotton, Inc.,     (rh) |
| 85/01/15 | | APPEARANCE: MARY MARGARET GILLEN, ESQ. for American Cotton Shippers Association (rh) |
| 85/01/16 | 4 | REQUEST FOR EXTENSION OF TIME -- deft. American Cotton Shippers Assoc. -- GRANTED to and including January 28, 1985 to ALL PARTIES. Notified involved counsel. (ds) |
| 85/01/17 | | APPEARANCE: DIANNE M. NAST, ESQ. for Marvin D. Meek (rh) |
| 85/01/18 | | APPEARANCE: BART WULFF, ESQUIRE for Hohenberg Bros. & Company (rh) |
| 85/01/22 | 5 | RESPONSE -- Defts. Fresno Cotton Exchange; Greenville Cotton Exchange; Memphis Cotton Exchange; Phoenix; Howard Cotton Company; Montgomery Cotton Exchange -- w/cert. of svc. (rh) |
| 85/01/23 | | APPEARANCE: CHARLES J. SWAYZE, JR., ESQ. for Greenwood Cotton Exchange; JOHN H. BAKER, ESQ. for Fresno Cotton Exchange (rh) |
| 85/01/25 | | APPEARANCE: WILLIAM M. SMILAND, ESQ. for J.G. Boswell, Co. (rh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 628 -- In re Cotton Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/01/25 | 5 | RESPONSE/BRIEF -- Deft. J.G. Boswell Company -- w/cert. of svc. (rh) |
| 85/01/29 | 6 | RESPONSE -- Deft. American Cotton Shippers Association -- w/cert. of svc. (rh) |
| 85/02/05 | 7 | REPLY -- Marven D. Meek, et al. and John Ware Moses, et al. -- w/cert. of service (cds) |
| 85/02/21 | | HEARING ORDER -- Setting motion ~~for Panel Hearing on~~ to transfer for Panel Hearing on March 28, 1985 in Los Angeles, California (emh) |
| 85/03/08 | 8 | SUPPLENTAL RESPONSE -- J.G. Boswell Co. w/cert. of svc. (ds) |
| 85/03/20 | | APPEARANCE -- JOHN I. HOUSEAL, JR., ESQ. for Valmac Industries, Inc. (ds) |
| 85/03/25 | 9 | RESPONSE -- pltfs. Marvin D. Meek, et al. w/cert. of svc. and exhibit A. (ds) |
| 85/03/28 | | HEARING APPEARANCES: ROBERT H. WEIR, ESQ. for Marvin D. Meek and John Ware Moses, III, et al.; WILLIAM M. SMILAND, ESQ. for J.G. Boswell Co. (rh) |
| 85/03/28 | | WAIVER OF ORAL ARGUMENT: Dunavant Enterprises, Inc.; Allenberg Cotton Co., Inc.; Greenwood Cotton Exchange; Greenville Cotton Exchange; Montgomery Cotton Exchange; Memphis Cotton Exchange; Fresno Cotton Exchange; Phoenix Cotton Exchange; Howard Cotton Co.; Weil Brothers Cotton Inc.; American Cotton Shippers Association; Continental Grain Company (rh) |
| 85/04/04 | | Notice of Motion to Dismiss A-6 -- RECEIVED AT THE PANEL HEARING ON 3/28/85 (emh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 628 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/04/16 | | CONSENT TO TRANSFEREE COURT -- for transfer of litigation to N.D. Texas to the Hon. Halbert O. Woodward pursuant to 28 U.S.C. §1407 (rh) |
| 85/04/16 | | TRANSFER ORDER -- transferring A-1 - A-8 to the N.D. Texas pursuant to 28 U.S.C. §1407. Notified involved counsel, misc. recipients, judges and clerk. (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 628 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Cotton Antitrust Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 28, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 16, 1985 | TO | unpublished | N.D. Texas 539 | Hon. Halbert O. Woodward | |

Special Transferee Information

DATE CLOSED: 11/17/88

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 628 -- In re Cotton Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Marvin D. Meek, et al. v. The Greenville Cotton Exchange | D.S.C. Anderson | 6-84-2954-3 | 4-16-85 | 5-85-65 | 11-17-88 | |
| A-2 | Marvin D. Meek, et al. v. The Greenwood Cotton Exchange | N.D.Miss. Biggers | GC-84-269-NB-O | 4-16-85 | 5-85-66 | 11-17-88 | |
| A-3 | Marvin D. Meek, et al. v. The Memphis Cotton Exchange | W.D.Tenn. Horton | 84-2951-HA | 4-16-85 | 5-85-67 | 11-17-88 | |
| A-4 | Marvin D. Meek, et al. v. The Phoenix Cotton Exchange | D.Ariz. Muecke | 84-2116-PHX CAM | 4-16-85 | 5-85-68 | 11-17-88 | |
| A-5 | Marvin D. Meek, et al. v. The Montgomery Cotton Exchange | N.D.Ala. Hancock | CV-84-H-2815-S | 4-16-85 | 5-85-69 | 11-17-88 | |
| A-6 | Marvin D. Meek, et al. v. The Fresno Cotton Exchange, et al. | E.D.Cal. Coyle | CV-F-84-556-REC | 4-16-85 | 5-85-70 | 11-17-88 | |
| A-7 | Marvin D. Meek, et al. v. The Lubbock Cotton Exchange, et al. | N.D.Tex. Woodward | CA-5-84-28 | | | 11-17-88 | |
| A-8 | John Ware Moses, III, et al. v. The Lubbock Cotton Exchange, et al. | N.D.Tex. Woodward | CA-5-84-57 | →  | | 4/25/85 | |
| XYZ-9 | Robert Graves, et al. v. The Lubbock Cotton Exchange, et al. | N.D.Tex. Woodward | CA-5-86-31 | | | 11/17/88 | |

July 1985 - 6 TR; 2 XYZ; 1 Dis; 7 Pdg.
July 1986 - no change
July 1987 - 1 XYZ / 8 Pending
July 1988 - Same
July 1989 - 8 dis / Litigation Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 628 -- In re Cotton Antitrust Litigation

---

MARVIN D. MEEK, ET AL. (A-1 thru A-7)
Dianne M. Nast, Esquire
Kohn, Savett, Marion & Graf
1214 IVB Building
1700 Market Street
Philadelphia, PA  19103

JOHN WARE MOSES, III (A-8)
Warren Rubin, Esquire
Gross & Sklar
1500 Walnut Street
Suite 600
Philadelphia, PA  19103

ALLENBERG COTTON COMPANY, INC.
Robert C. Myers, Esquire
Dewey, Ballantine, Bushby, Palmer & Wood
140 Broadway
New York, New York  10005

WEIL BROS. COTTON COMPANY
Joseph L. McEntee, Esquire
Jones, Day, Reavis & Pogue
2300 LTV Center
2001 Ross Avenue
Dallas, Texas  75201

DUNAVANT ENTERPRISES, INC.
John I. Houseal, Jr., Esquire
Glankler, Brown, Gilliland, Chase, Robinson & Raines
1700 One Commerce Square
Memphis, TN  38103

VALMAC INDUSTRIES, INC.
John I. Houseal, Jr., Esquire
Glankler, Brown, Gilliland, Chase, Robinson & Raines
1700 One Commerce Square
Memphis, Tennessee  38103

J.G. BOSWELL, CO.
William M. Smiland, Esquire
Donnelly, Clark & Chase
707 Wilshire Blvd. - 3rd Fl.
Los Angeles, California  90017

HOHENBERG BROS., CO.
Bart Wulff, Esquire
Akin, Gump, Strauss, Hauer & Feld
4100 First City Center
1700 Pacific Avenue
Dallas, Texas  75201

GREENWOOD COTTON EXCHANGE
Charles J. Swayze, Jr., Esquire
Clinton M. Guenther, Esquire
Whittington, Brock, Swayze, Dale & Calhoun
P.O. Box 941
Greenwood, Mississippi  38930

FRESNO COTTON EXCHANGE
John H. Baker, Esquire
Baker, Manock & Jensen
Sixth Floor, Security Bank Bldg.
1060 Fulton Mall
Fresno, California  93721

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

| | |
|---|---|
| CONTINENTAL GRAIN COMPANY<br>Neal R. Allen, Esquire<br>Stubbeman, McRae, Sealy, Laughlin<br>& Browder<br>P.O. Box 1540<br>Midland, Texas  79702<br><br>H. MOLSEN & CO., INC.<br>ESTEVE BROS. CO., INC.<br>TOYO COTTON CO.<br>_____ (No App.)<br>Thomas A. Blakeley, Jr., Esquire<br>Johnson, Blakeley, Johnson, Smith<br>& Clark<br>2100 Repulic Bank Bldg.<br>Dallas, Texas  75201<br><br><br>MEMPHIS COTTON EXCHANGE<br><br>HOWARD COTTON COMPANY<br>John W. McQuiston, II, Esquire<br>Goodman, Glazer, Greener,<br>Schneider & McQuiston<br>1500 Commerce Title Building<br>12 South Main Street<br>Memphis, Tennessee  38103-2598 | LUBBOCK COTTON EXCHANGE<br>BOGEL COTTON CO.<br>GARNER SMITH & CO.<br>LEE HORN COTTON CO.  (No App.)<br>James H. Milam, Esquire<br>Crenshaw, Dupree & Milam<br>First Nat'l Bank Building<br>P.O. Box 1499<br>Lubbock, Texas  79401<br><br><br>AMERICAN COTTON SHIPPERS ASSOCIATION<br>MONTGOMERY COTTON EXCHANGE<br>PHOENIX COTTON EXCHANGE<br>GREENVILLE COTTON EXCHANGE<br>DALLAS COTTON EXCHANGE<br>Mary-Margaret Gillen, Esq.<br>Howard Adler, Jr., Esq.<br>Davis, Graham & Stubbs<br>1001 22nd Stree, N.W.<br>Suite 500<br>Washington, D.C.  20037-1801 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 628 -- In re Cotton Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| The Greenville Cotton Exchange | A-1, A-7, A-8 |
| The Greenwood Cotton Exchange | A-2, A-7, A-8 |
| The Memphis Cotton Exchange | A-3, A-7, A-8 |
| The Phoenix Cotton Exchange | A-4, A-7, A-8 |
| The Montgomery Cotton Exchange | A-5, A-7, A-8 |
| The Fresno Cotton Exchange | A-6, A-7, A-8 |
| J.G. Boswell Company | A-6, A-7, A-8 |
| The Lubbock Cotton Exchange | A-7, A-8 |
| The Dallas Cotton Exchange | A-7, A-8 |
| Allenberg Cotton Co. | A-7, A-8 |
| American Cotton Shippers Association | A-7, A-8 |

p. 2

| | |
|---|---|
| Bogel Cotton Co. | A-7, A-8 |
| Consolidated Cotton Co., Inc. | A-7, A-8 |
| Continental Grain Company | A-7, A-8 |
| Dunavant Enterprises, Inc. | A-7, A-8 |
| Esteve Bros. Co., Inc. | A-7, A-8 |
| Garner Smith & Co. | A-7, A-8 |
| Adolph Hanslik Cotton Co. | A-7, A-8 |
| Hohenberg Bros. & Co. | A-7, A-8 |
| Lee Horn Cotton Co. | A-7, A-8 |
| Howard Cotton Co. | A-7, A-8 |
| H. Molsen & Co. | A-7, A-8 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 628 -- In re Cotton Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Toyo Cotton Co. | A-7, A-8 |
| Valmac Industries, Inc. | A-7, A-8 |
| Weil Bros. Cotton Co. | A-7, A-8 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |