JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 16 1985

PATRICIA D. ___
CLERK OF THE PANEL

DOCKET NO. 628

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE COTTON ANTITRUST LITIGATION

## TRANSFER ORDER*

This litigation consists of eight actions pending in seven federal districts: two actions in the Northern District of Texas and one action each in the District of South Carolina, District of Arizona, Northern District of Alabama, Western District of Texas, Northern District of Mississippi and Eastern District of California. Before the Panel is a motion by plaintiffs in all actions to transfer, pursuant to 28 U.S.C. §1407, the six actions pending outside the Northern District of Texas to that district for coordinated or consolidated pretrial proceedings with the actions pending there. The Mississippi defendant favors transfer; twenty-three defendants do not oppose the Section 1407 motion. J.G. Boswell Co. (Boswell), a named defendant in the two Northern District of Texas actions and the California action, opposes transfer of the California action to the Northern District of Texas. If the Panel deems transfer appropriate, Boswell asks the Panel to sever the claims relating to Boswell in the California action to remain there.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Northern District of Texas will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. These actions involve similar allegations that through participation in the spot cotton quotation committees in each regional cotton exchange, defendants and certain co-conspirators 1) illegally exchanged cotton price information; 2) restricted competition in the sale of cotton among the regions; and 3) participated in a continuing agreement between and among cotton exchanges and co-conspirators to adopt and enforce policies and procedures that fixed, tampered with or artificially influenced the price of cotton in the United States in violation of Section One of the Sherman Act. Transfer under Section 1407 is desirable in order to avoid duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

---

\* Judge Sam C. Pointer, Jr. took no part in the decision of this matter.

We are persuaded that the Northern District of Texas is the appropriate transferee forum. We note that 1) more actions concerning the alleged cotton merchants' conspiracy are pending in the Northern District of Texas than any other federal district; and 2) eighteen of the 25 defendants and/or co-conspirators are already before the court in the Texas actions.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Northern District of Texas be, and the same hereby are, transferred to the Northern District of Texas and, with the consent of that court, assigned to the Honorable Halbert O. Woodward for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

Schedule A

MDL 628 -- In re Cotton Antitrust Litigation

<ins>District of South Carolina</ins>

Marvin D. Meek, et al. v. The Greenville Cotton Exchange,
C.A. No. 6-84-2954-3

<ins>Northern District of Mississippi</ins>

Marvin D. Meek, et al. v. The Greenwood Cotton Exchange,
C.A. No. GC-84-269-NB-O

<ins>Western District of Tennessee</ins>

Marvin D. Meek, et al. v. The Memphis Cotton Exchange,
C.A. No. 84-2951-HA

<ins>District of Arizona</ins>

Marvin D. Meek, et al. v. The Phoenix Cotton Exchange,
C.A. No. 84-2116-PHX CAM

<ins>Northern District of Alabama</ins>

Marvin D. Meek, et al. v. The Montgomery Cotton Exchange,
C.A. No. CV-84-H-2815-S

<ins>Eastern District of California</ins>

Marvin D. Meek, et al. v. The Fresno Cotton Exchange, et al.,
C.A. No. CV-F-84-556-REC

<ins>Northern District of Texas</ins>

Marvin D. Meek, et al. v. The Lubbock Cotton Exchange, et al.,
C.A. No. CA-5-84-28
John Ware Moses, III, et al. v. The Lubbock Cotton Exchange, et al., C.A. No. CA-5-84-57